IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHER DIVISION
No. 2:17-CV-00064-BO

| | |
|---|---|
| MICHELLE KINCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED ORDER FOR |
| ) | PAYMENT OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,700.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Robert W. Gillikin, II, and mailed to his office at the Rutter Mills, LLP, 160 W. Brambleton Ave., Norfolk, VA 23510, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this ___ day of May, 2019

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE